JOHN W. VOGT, Respondent, v. CHASE BROTHERS COMPANY, Appellant.— Motion granted and appeal dismissed, with costs.

PAUL WELDING & MACHINE COMPANY, INC., Respondent, v. KARGE-BAKER CORPORATION, Appellant.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.

CHARLES SHIPMAN, Respondent, v. JOHN F. COLON, Appellant.— Motion to open default denied, with ten dollars costs.

PETER B. DAYMONT, Respondent, v. NEW YORK MILLS CORPORATION, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve brief by March eighteenth and be ready to argue the appeal as soon thereafter as it may be reached, at the option of the respondent.

MINNIE J. COON, Respondent, v. CORNING AND PAINTED POST STREET RAILWAY COMPANY, Appellant.— Order entered substituting Charles H. Coon, as administrator, etc., of Minnie J. Coon, deceased, as plaintiff, respondent, herein in place of said Minnie J. Coon, deceased.

EGBERT H. DUDLEY and Another, Respondents, v. EVALINA B. PERKINS and Others, as Executors, etc., Appellants.— Appeal dismissed unless appellants shall file and serve briefs by March thirteenth and be ready to argue the appeal as soon thereafter as respondents' brief is filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JERNATOWSKI, Appellant.— Appeal dismissed unless printed papers are filed by March twenty-seventh.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MUSETTE McCOMAS GRIFFIN, Appellant.— Appeal dismissed unless printed papers are filed by March twenty-seventh.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER GOULD, Appellant.— Appeal dismissed unless printed papers are filed by March twenty-seventh.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADAM PARIELLO, Appellant.— Appeal dismissed unless printed papers are filed by March twenty-seventh.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SALTWELL, Appel·ant.— Appeal dismissed unless printed papers are filed by March twenty-seventh.

MICHAEL IUPPA and Another, Respondents, v. AARON ANGERT and Others, Appellants.— Appeal dismissed unless appellants shall file and serve briefs by March thirteenth.

In the Matter of the Judicial Settlement of the Accounts of JAMES McCALL and Another, as Trustees, etc., of WILLIAM S. SHEPARD, Deceased. JAMES McCALL, as Committee of RACHEL A. SHEPARD, an Incompetent Person, and as Trustee, etc., of WILLIAM S. SHEPARD, Deceased, and Others, Appellants; ERNEST E. COLE, as Special Guardian for ROBERT F GIBBS and Other Infants, and Others, Respondents.— Decree affirmed, with costs to the respondents filing briefs in this court, payable out of the estate other than that part conveyed by clause 9 of the will, with an allowance of $100 to Ernest E. Cole, special guardian, for costs and expenses of this appeal, payable out of the same fund. All concur.